# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| KAY & SONS, LLC, | |
| | Case No. 22-11625 (DJB) |
| | |
| | Hon. Derek J. Baker, U.S.B.J. |
| ANDREA DOBIN, SUCCESSOR CHAPTER 7 TRUSTEE, | |
| Plaintiff, | |
| v. | |
| HEALTH SCIENCES CONSTRUCTION GROUP, INC. d/b/a HSC BUILDERS & CONSTRUCTION MG | Adv. Pro. No 25-25-00134 (DJB) |
| Defendant. | |

## PRAECIPE TO ISSUE ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

TO THE CLERK:

Kindly issue an Alias Summons in the above-captioned Adversary Proceeding.

Dated: May 19, 2025

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel to Plaintiff Andrea Dobin, Successor Chapter 7 Trustee*

By: */s/ Scott D. Platton*
SCOTT D. PLATTON, ESQ.
427 Riverview Plaza
Trenton, NJ 08611
Telephone: (609) 695-6070
Email: splatton@msbnj.com